UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Relate Cases has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

C 05-4384 MMC    Moreno v. Shamrock Concrete Construction, Inc.
C 05-4385 MHP    Bergo v. Shamrock Concrete Construction, Inc.

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers. All matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing before the undersigned.

DATED: December 8, 2005

MAXINE M. CHESNEY
United States District Judge