IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>SHAMROCK CONCRETE<br>CONSTRUCTION, INC., et al.,<br><br>    Defendants<br>_____/ | No. C-05-4385 MMC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST FOR ORDER REGARDING HEARING DATES OF DISPOSITIVE MOTIONS** |

    Before the Court is plaintiffs' administrative request, filed October 11, 2006, by which plaintiff seeks consideration of the "Errata - Exhibits to Declaration of John Hagan in Support of Plaintiffs' Motion for Summary Judgment" ("Errata"), filed October 10, 2006, in connection with plaintiffs' motion for summary judgment. Plaintiffs also request that the October 27, 2006 hearing on plaintiffs' motion for summary judgment be continued to afford defendants the opportunity to respond to the corrected declaration, and, additionally, that the October 27, 2006 hearing on defendant Joseph Patrick Molloy's cross-motion for summary judgment be continued. Defendants have filed a response, stating they oppose the request if the hearing on the two above-referenced motions are scheduled for different dates.

//

//

Having reviewed the papers filed in support of and in response to the administrative request, the Court rules as follows:

1. The Court will consider the Errata.

2. Defendants may file supplemental opposition to plaintiffs' motion on or before November 2, 2006.

3. Plaintiffs may file a supplemental reply on or before November 9, 2006, on which date, unless the parties are otherwise informed, both motions will stand submitted.

**IT IS SO ORDERED.**

Dated: October 24, 2006

MAXINE M. CHESNEY
United States District Judge

2