1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA  94105
4  Telephone:   (415) 512-3501
   Facsimile:    (415) 512-3515
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

   Case No.:  C 05 4385 MMC

   **STIPULATION AND ORDER FOR DISMISSAL**

17            Plaintiffs,

18       v.

19 SHAMROCK CONCRETE CONSTRUCTION, INC., a corporation, and JOSEPH PATRICK MOLLOY, an individual,

21            Defendants.

23       It is hereby stipulated by and between EDWARD T. BERGO as CHAIRMAN and

24 KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS

25 HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT

26 MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT

27 MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS

28 APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA

-1-
**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL [CASE NO. C-05-4385 MMC]**

("Plaintiffs"), on the one hand, and SHAMROCK CONCRETE CONSTRUCTION, INC., a California corporation, and JOSEPH PATRICK MOLLOY, an Individual ("Defendants"), on the other hand, through their respective counsel, as follows:

1.  This stipulation is entered into in connection with the settlement of this action. The Settlement Agreement of the parties, executed concurrently with this stipulation, shall be incorporated into the Court's Order for Dismissal, and the Court shall retain jurisdiction of this action for purposes of enforcing the Settlement Agreement, including but not limited to entry of a stipulated judgment against the Defendants;

2.  This action shall be dismissed with prejudice, subject to the Court's retention of jurisdiction as described in Paragraph 1, above, each party to bear his/her/its own costs and attorneys' fees except as reflected in the parties' Settlement Agreement.

DATED: January 16, 2007          STANTON, KAY & WATSON, LLP

                                  By:   /s/ Anne Bevington
                                        ANNE BEVINGTON
                                        Attorneys for Plaintiffs

DATED: January 12, 2007          SIMPSON, GARRITY & INNES PC

                                  By:   /s/ Paul V. Simpson
                                        PAUL V. SIMPSON
                                        Attorneys for Defendants

---

**ORDER FOR DISMISSAL**

IT IS SO ORDERED.

DATED: January 23, 2007          _____
                                  HON. MAXINE M. CHESNEY
                                  UNITED STATES DISTRICT JUDGE

F:\CASES\8000\8000.206 Shamrock\Cement Masons - Stipulated Dismissal.doc